**Opinion issued December 10, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00412-CV

_____

**GENEVA COLBERT, Appellant**

**V.**

**PINNACLE ON WILCREST, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1131972**

---

## MEMORANDUM OPINION

Appellant, Geneva Colbert, has failed to timely file a brief. *See* TEX. R. APP.

P. 38.6(a), 38.8(a). After being notified that this appeal was subject to dismissal,

appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.